IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY LEE STEWART, SR.,

                Plaintiff,

v.

ANDREW P. BANKS, RONALD SUTHERLAND,
JIM ARDNT, UNKNOWN JANE DOE S. ACADEMY
E. WEST COURT STREET, OFC. HANSON,
OFC. DANIELSON, OFC. KNOX, OFC. OLEARY,
OFC. MIKKELSON, SGT. DREW SEVERSON,          ORDER
CHIEF DAVID MOORE, LT. BLAZER,
LT. VAUGHN, DEPUTY CHIEF SHERIDIAN,           22-cv-482-jdp
DEPUTY CHIEF KLIESNER,
DEPUTY CHIEF PEARSON,
PROBATION AGENT JESSICA HOLMES,
CHERIE L. THOMPSON, SGT. WILLIAMSON,
OFC. C. STANLEY, OFC. DREW MUSSEY,
UNKNOWN JOHN DOE, OLIVA C. CHASE,
and UNKNOWN JANE DOE,

                Defendants.

---

Pro se plaintiff Timothy Lee Stewart, Sr. filed four complaints alleging that his neighbors have made false complaints of criminal activity or mental health crises to Janesville police, leading to Stewart being charged or confined. Because Stewart's allegations in his four complaints overlapped, I dismissed three of the cases and released Stewart of his obligation to pay the filing fees for those cases. Dkt. 4. This is the only case that remained open. Because all of his complaints violated Federal Rule of Civil Procedure 8 by failing to include "a short and plain statement of the claim showing that [he] is entitled to relief," I gave him a short time to file a new amended complaint fixing the pleading problems I noted in my previous order. Dkt. 4. Stewart's deadline has passed and he did not file an amended complaint. So as I warned Stewart in my previous order I will now dismiss this case for his failure to prosecute it.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED without prejudice for plaintiff's failure to prosecute it.

2. The clerk of court is directed to enter judgment accordingly and close this case.

Entered November 4, 2022.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge