IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY LEE STEWART, SR.,

                Plaintiff,

  v.

OFFICER WILEY, OFFICER STANLEY,
OFFICER DANIELSON,                                      ORDER
OFFICER JANE DOE THIRD SHIFT,
OFFICER HANSON, OFFICER O'LEARY,            22-cv-482-jdp
POLICE CHIEF DAVID MOORE,
DEPUTY CHIEF SHERIDAN,
DEPUTY CHIEF KLIESNER,
and DEPUTY CHIEF PEARSON,

                Defendants.

---

In this and several of his other cases, pro se plaintiff Timothy Lee Stewart, Sr., has filed a motion to waive PACER fees, both his past debt and prospective obligations.[1] Dkt. 50. I will grant that motion regarding prospective fees because the court has already concluded that Stewart is indigent and an exemption is necessary to avoid an unreasonable burden to him. I am unaware of any authority allowing the court to strike his past debt or making it clear whether PACER staff will do so because of an exemption like this one granted while a party's cases are already ongoing. I will direct the clerk of court to send the PACER Service Center a copy of this order so that staff can address Stewart's request. Stewart should be aware of the following: the exemption applies only to Stewart's cases in this court, the exemption will

---

[1] The clerk of court is directed to also enter this order in cases 22-cv-490-jdp, 22-cv-722-jdp, 23-cv-20-jdp, and 23-cv-240-jdp.

terminate when his final case is closed, and the exemption may be revoked at the discretion of the court at any time.

Stewart has also filed a motion to seal documents in his cases, Dkt. 51, which I will deny because court records are presumptively a matter of public record and Stewart does not present a persuasive reason to seal documents in his cases.

ORDER

IT IS ORDERED that:

1. Plaintiff Timothy Lee Stewart, Sr.'s motion for an exemption from PACER fees is GRANTED.

2. Plaintiff's motion to seal court filings, Dkt. 51, is DENIED.

3. The clerk of court is directed to send a copy of this order to the PACER Service Center.

Entered September 19, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge